**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re: Los Banos Land Investments, LLC  § Case No. 8:13-BK-11857 TA
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    John M. Wolfe, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $1,654,768.07 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $375,231.93 | |

    3) Total gross receipts of $2,030,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,030,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,213,919.31 | $5,307,222.43 | $5,307,222.43 | $1,654,768.07 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $546,519.43 | $433,314.59 | $375,231.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $163,094.00 | $163,094.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $420,000.00 | $10,359,816.14 | $10,359,816.14 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,633,919.31 | $16,376,652.00 | $16,263,447.16 | $2,030,000.00 |

4) This case was originally filed under chapter 11 on 02/28/2013, and it was converted to chapter 7 on 01/29/2014. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/14/2018         By: /s/ John M. Wolfe
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 388 Acres +/- of Land planned for:402 Residentia | 1110-000 | $2,030,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,030,000.00** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0 | Merced County Tax Collector | 4120-000 | $1,213,919.31 | $1,652,768.07 | $1,652,768.07 | $1,652,768.07 |
| 0 | William J. Watts | 4110-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| 1 | Barbara Sklar | 4110-000 | $0.00 | $99,600.00 | $99,600.00 | $0.00 |
| 3 | Alan Shaw | 4110-000 | $0.00 | $87,025.50 | $87,025.50 | $0.00 |
| 4 | Melvin Otterman trustee | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 9 | Tall Cotton, IncJohn C Hall | 4110-000 | $0.00 | $105,776.00 | $105,776.00 | $0.00 |
| 11 | Heidi Knuth Trust dated Sept 19, 2007 | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 12 | Christine Hughes Ramberg | 4110-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 13 | Doris & Gary Lucus Family LP | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 14 | The McDaniel Family Living Trust dated 8-18-08Scott E McDaniel & Catherine M McDaniel | 4110-000 | $0.00 | $199,200.00 | $199,200.00 | $0.00 |
| 15 | Scott E McDaniel, Trustee of theScott E McDaniel Inc Retirement Trust Scott E McDaniel, Trustees | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 16 | Willie Citrin/Willie Citrin Trust | 4110-000 | $0.00 | $52,788.00 | $52,788.00 | $0.00 |
| 18 | Felton Family Trust, 3/25/99Charles M Felton | 4110-000 | $0.00 | $1,177.64 | $1,177.64 | $0.00 |
| 19 | Felton Family Trust, 3/25/99Charles M Felton | 4110-000 | $0.00 | $8,864.40 | $8,864.40 | $0.00 |
| 23 | Robert W Oliver Roth IRA | 4110-000 | $0.00 | $99,600.00 | $99,600.00 | $0.00 |
| 24 | The Kinsman Family TrustByron D Kinsman/Sylvia L Kinsman - Trust | 4110-000 | $0.00 | $49,012.00 | $49,012.00 | $0.00 |
| 26S | David Friedman, A Sole Prop Retirement Trust | 4110-000 | NA | $205,425.00 | $205,425.00 | $0.00 |
| 27 | Robert W Oliver DDS Pension Plan | 4110-000 | $0.00 | $145,177.88 | $145,177.88 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | The Robert & Jalia Astle Family TrustRobert & Jalia Astle, Trustees | 4110-000 | $0.00 | $99,600.00 | $99,600.00 | $0.00 |
| 37 | Ruben S Gonzalez | 4110-000 | $0.00 | $24,900.00 | $24,900.00 | $0.00 |
| 38 | Ruben S Gonzalez | 4110-000 | $0.00 | $60,436.90 | $60,436.90 | $0.00 |
| 42 | Andre Cottet | 4110-000 | $0.00 | $191,577.00 | $191,577.00 | $0.00 |
| 44 | Dickinson Family Revocable Trust/James & Gerda Dic | 4110-000 | $0.00 | $217,564.14 | $217,564.14 | $0.00 |
| 46 | Raymond Bille | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 47 | Manuel L and Bobbette M Oliveria | 4110-000 | $0.00 | $23,947.00 | $23,947.00 | $0.00 |
| 52 | Karla Bille | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 53 | Kent H Azaren MD INC PSP | 4110-000 | $0.00 | $47,895.00 | $47,895.00 | $0.00 |
| 55 | Kent Azaren MD INC Bon Ret Trust | 4110-000 | $0.00 | $47,895.00 | $47,895.00 | $0.00 |
| 59S | George M Phelps | 4110-000 | $0.00 | $74,700.00 | $74,700.00 | $0.00 |
| 60 | David M & Debra Kelley | 4110-000 | $0.00 | $74,700.00 | $74,700.00 | $0.00 |
| 68 | Abel T Leal | 4110-000 | $0.00 | $49,450.00 | $49,450.00 | $0.00 |
| 69 | Larry John Carducci | 4110-000 | $0.00 | $55,875.00 | $55,875.00 | $0.00 |
| 70 | Elizabeth Falor CarducciRevocable Trust | 4110-000 | $0.00 | $55,875.00 | $55,875.00 | $0.00 |
| 71 | The David C Johnson Trust | 4110-000 | $0.00 | $74,700.00 | $74,700.00 | $0.00 |
| 72 | George P RehDaniel J Reh | 4110-000 | $0.00 | $149,400.00 | $149,400.00 | $0.00 |
| 73 | George RehIRA #REAAA PENSCO TRUST | 4110-000 | $0.00 | $87,150.00 | $87,150.00 | $0.00 |
| 75 | David and Cheryl Beran | 4110-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 83 | Paul C. Kratka | 4110-000 | $0.00 | $74,700.00 | $74,700.00 | $0.00 |
| 84 | Arnold Friedman, Trustee;Elaine Friedman, Trustee Law Offices of David Blake Chatfield | 4110-000 | $0.00 | $53,471.90 | $53,471.90 | $0.00 |
| 85 | Salazar Survivor Trust,Yolanda Salazar Trustee | 4110-000 | $0.00 | $87,150.00 | $87,150.00 | $0.00 |
| 86 | Rita Tsai | 4110-000 | $0.00 | $199,200.00 | $199,200.00 | $0.00 |
| 87 | Robert S Oliver Profit ShareRobert S Oliver Trustee | 4110-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 88 | Robert S Oliver | 4110-000 | $0.00 | $78,850.00 | $78,850.00 | $0.00 |
| 91 | Eric C. Disbrow | 4110-000 | $0.00 | $101,021.00 | $101,021.00 | $0.00 |
| 93 | Edward Curtis Ball II | 4110-000 | NA | $170,150.00 | $170,150.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,213,919.31** | **$5,307,222.43** | **$5,307,222.43** | **$1,654,768.07** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John M. Wolfe | 2100-000 | NA | $84,150.00 | $84,150.00 | $64,234.18 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $70.42 | $70.42 | $70.42 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - First American Title | 2500-000 | NA | $7,139.00 | $7,139.00 | $7,139.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,724.32 | $2,724.32 | $2,724.32 |
| Other State or Local Taxes (post-petition) - San Luis Water District | 2820-000 | NA | $26,139.07 | $26,139.07 | $26,139.07 |
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 2990-000 | NA | $133,204.84 | $20,000.00 | $20,000.00 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 2990-000 | NA | $325.00 | $325.00 | $325.00 |
| Attorney for Trustee Fees (Other Firm) - SHULMAN HODGES & BASTIAN LLP | 3210-000 | NA | $161,265.75 | $161,265.75 | $123,098.91 |
| Attorney for Trustee Expenses (Other Firm) - SHULMAN HODGES & BASTIAN LLP | 3220-000 | NA | $9,351.03 | $9,351.03 | $9,351.03 |
| Realtor for Trustee Fees (Real Estate Commissions) - Brown Stevens Elmore & Sparre | 3510-000 | NA | $40,600.00 | $40,600.00 | $40,600.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - CBRE, Inc. | 3510-000 | NA | $40,600.00 | $40,600.00 | $40,600.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Capstone Real Estate Group | 3510-000 | NA | $40,600.00 | $40,600.00 | $40,600.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$546,519.43** | **$433,314.59** | **$375,231.93** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | John G Fry and Mary Kay Fry TrustJohn G Fry | 5800-000 | $0.00 | $62,000.00 | $62,000.00 | $0.00 |
| 22 | Kathy Baynton-Cox & Michael Owens | 5800-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 59P | George M Phelps | 5800-000 | NA | $4,482.00 | $4,482.00 | $0.00 |
| 67 | John G Fry and Mary Kay Fry TrustJohn G Fry | 5800-000 | $0.00 | $46,812.00 | $46,812.00 | $0.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $163,094.00 | $163,094.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | David J. Hedley | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 8 | The Pomeroy Family Revocable Living TrustRobert Pomeroy | 7100-000 | $0.00 | $47,895.00 | $47,895.00 | $0.00 |
| 10 | The 993 Trust, Dated 4/15/99Robert and/or Karin Size | 7100-000 | $0.00 | $47,896.00 | $47,896.00 | $0.00 |
| 17 | Bruce R & Johni Pittenger - Decl of TrustBruce R & Johni Pittenger, Trustees | 7100-000 | $0.00 | $2,988.00 | $2,988.00 | $0.00 |
| 20 | Kurt Sipolski | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 21 | Jerry Bittick IRA #B1077 | 7100-000 | $0.00 | $27,941.00 | $27,941.00 | $0.00 |
| 25 | Phyllis Morgenstern Intervivos Trust Agreement | 7100-000 | $0.00 | $74,700.00 | $74,700.00 | $0.00 |
| 26U | David Friedman, A Sole Prop Retirement Trust | 7100-000 | NA | $10,820.00 | $10,820.00 | $0.00 |
| 28 | Frank & Joyce Winans Inter Vivos TrustFrank Winans-Trustee | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 29 | Marshal J Brecht Trust | 7100-000 | $0.00 | $4,692.04 | $4,692.04 | $0.00 |
| 30 | Fratto Family TrustBernard J & Jeanette A Fratto Trustees | 7100-000 | $0.00 | $106,543.80 | $106,543.80 | $0.00 |
| 31 | Donald E Briney | 7100-000 | $0.00 | $5,976.00 | $5,976.00 | $0.00 |
| 33 | Alder Creek Family TrustMax Perry, Trustee | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | John Patrick Ryan | 7100-000 | $0.00 | $71,842.00 | $71,842.00 | $0.00 |
| 35 | Ted and Judith Martinez | 7100-000 | $0.00 | $287,368.00 | $287,368.00 | $0.00 |
| 36 | Jan Wagniere Family Trust | 7100-000 | $0.00 | $24,054.00 | $24,054.00 | $0.00 |
| 39 | Kurt Sipolski | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 40 | Robert Wells Trust | 7100-000 | $0.00 | $287,374.00 | $287,374.00 | $0.00 |
| 41 | The Chang Family Revocable Trust of 3/22/2000John Chang, Trustee | 7100-000 | $0.00 | $3,471.90 | $3,471.90 | $0.00 |
| 43 | Saleem S. Naber & Abla S. Naber, TrusteesNaber Rev. Living Trust | 7100-000 | $0.00 | $99,600.00 | $99,600.00 | $0.00 |
| 45 | DJ Andert DBA CPC SystemsDonald J Andert | 7100-000 | $0.00 | $90,937.00 | $90,937.00 | $0.00 |
| 48 | Larry G Taylor | 7100-000 | $0.00 | $49,500.00 | $49,500.00 | $0.00 |
| 49 | 1998 Chin Family Trust | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 50 | The Schleede Reno Cable Family TrustSusan Schleede | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 51 | 1998 Chin Family Trust | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 56 | The 1995 Dalley Trust Edward G Dalley Tr June Caro | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 57 | Sherwood & Jean Simpson Family Trust | 7100-000 | $0.00 | $71,843.00 | $71,843.00 | $0.00 |
| 58 | David & Florence Shorec/o Andrew Tunuli CPAKl | 7100-000 | $0.00 | $58,100.00 | $58,100.00 | $0.00 |
| 61 | Scott M Thomas & Kristin E ThomasTrustees for the Thomas Family Trust | 7100-000 | $0.00 | $120,350.00 | $120,350.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 62 | Thomas & La Verne Gorrie 2002 Trust | 7100-000 | $0.00 | $96,222.00 | $96,222.00 | $0.00 |
|---|---|---|---|---|---|---|
| 63 | Edward and Isabelle Odjaghian | 7100-000 | $0.00 | $325,916.00 | $325,916.00 | $0.00 |
| 64 | Emily Odjaghianc/o/ Isabelle Odjaghian | 7100-000 | $0.00 | $71,493.00 | $71,493.00 | $0.00 |
| 65 | Kathy Berkowitz | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 66 | Nicolas R. Vitaterna & Barbara A. Vitaterna | 7100-000 | $0.00 | $900,953.52 | $900,953.52 | $0.00 |
| 74 | The GHH Family TrustHelen Hermestroff | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 76 | Point Center Financial, Inc C/O Howard Grobstein, Ch. 7 Tr. Point Center Fin.c/o Monica Rieder Landau Gottfried & Berger LLP | 7100-000 | $420,000.00 | $6,664,260.38 | $6,664,260.38 | $0.00 |
| 77 | Warren L. Willard,Sharon Willard | 7100-000 | $0.00 | $49,800.00 | $49,800.00 | $0.00 |
| 78 | Vincent & Margaret Bauerlein | 7100-000 | $0.00 | $47,896.00 | $47,896.00 | $0.00 |
| 79 | Stewart Family Trust | 7100-000 | $0.00 | $53,950.00 | $53,950.00 | $0.00 |
| 80 | Jerald B. Russ | 7100-000 | $0.00 | $47,896.00 | $47,896.00 | $0.00 |
| 81 | H.G.H Electric Money Purchase Pension Plan | 7100-000 | $0.00 | $41,903.25 | $41,903.25 | $0.00 |
| 82 | W.S.B. Electric Money Purchase Pension Plan | 7100-000 | $0.00 | $41,903.25 | $41,903.25 | $0.00 |
| 89 | Neil Chin & Consolacion Catiis Living Trust, | 7200-000 | $0.00 | $20,000.00 | $20,000.00 | $0.00 |
| 92 | Donald E Briney | 7200-000 | $0.00 | $4,731.00 | $4,731.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$420,000.00** | **$10,359,816.14** | **$10,359,816.14** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 8:13-BK-11857 TA  
**Case Name:** Los Banos Land Investments, LLC  
**For Period Ending:** 03/14/2018

**Trustee Name:** (009014) John M. Wolfe  
**Date Filed (f) or Converted (c):** 01/29/2014 (c)  
**§ 341(a) Meeting Date:** 03/20/2014  
**Claims Bar Date:** 06/05/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 388 Acres +/- of Land planned for:402 Residentia<br><br>04/01/2016 Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b)(1) and (f) and Approving Bid Procedures Utilized; (2) Approving Payment of Real Esate Commission; (3) Approving a Settlement of the Disputed Tax Lien Action with The Merced County Tax Collector Pursuant to Bankruptcy Code Section 506(c); and (4) Granting Related Relief<br><br>4/25/15 Trustee is still marketing the property.  4/25/14 We valuating the lien held by Merced County to determine if any portion of the lien is not properly secured against the Property and/or should be reclassified as a general unsecured claim under the priorities set forth application sections of the Bankruptcy Code. The Trustee may also need assistance with transactional matters related to the sale of the Property as well the analysis of potentially complex or sophisticated purchase offers that will likely be presented due to the nature of Property. | 3,000,000.00 | 1,786,080.69 | | 2,030,000.00 | FA |
| 1 | **Assets Totals (Excluding unknown values)** | **$3,000,000.00** | **$1,786,080.69** | | **$2,030,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 8:13-BK-11857 TA  
**Case Name:** Los Banos Land Investments, LLC  
**For Period Ending:** 03/14/2018

**Trustee Name:** (009014) John M. Wolfe  
**Date Filed (f) or Converted (c):** 01/29/2014 (c)  
**§ 341(a) Meeting Date:** 03/20/2014  
**Claims Bar Date:** 06/05/2014

### Major Activities Affecting Case Closing:

4/17/17  
Insurance: N/A  
Litigation: 8:15-ap-01368 Wolfe v. Merced County Treasurer and Tax Collector, filed 09/15/15.  
This action was settled and paid through the sale of the real property.  
Case status: All assets have been administered. The estimated TFR date has been updated in order to allow resolution of the admin claim filed by the FTB. We are seeking to resolve this matter without a formal claim objection. If this is not possible the objection will be filed by May 15.  
Tax issues: Accountants have been employed however no tax returns will be filed.  
4/5/17 Follow up with Ryan O'Dea re FTB claim and status of objection or amendment.  
2/15/17 Review FTB admin claim.  
12/28/16 Questions received from Roger at W&C.  
12/19/16 JMW discuss tax issues with Roger at W&C. Provided back up documents.  
11/07/2016 Order Approving Application to Employ Wertz & Company LLP As Trustee's Certified Public Accountants  
6/22/16 Discuss case status with Trustee Grobstein  
4/26/16  
Insurance: N/A  
Litigation: 8:15-ap-01368 Wolfe v. Merced County Treasurer and Tax Collector, filed 09/15/15.  
This action was settled and paid through the sale of the real property.  
Case status: All assets have been administered. The estimated TFR date has been updated in order to allow accountants to be employed and the TFR to be filed.  
Tax issues: Accountants will need to be employed and a tax return prepared along with K1s sent to investors.  
04/01/2016 Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(b)(1) and (f) and Approving Bid Procedures Utilized; (2) Approving Payment of Real Esate Commission; (3) Approving a Settlement of the Disputed Tax Lien Action with The Merced County Tax Collector Pursuant to Bankruptcy Code Section 506(c); and (4) Granting Related Relief  
02/26/2016 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Chapter 7 Trustees Motion for Order: (1) Approving the Sale of Real Property of the Estate Free and Clear of Certain Liens Pursuant to Bankruptcy Code § 353(b)(1) and (f) and Subject to Overbids, Combined With Notice of Bid Procedures and Request for Approval of the Bid Procedures Utilized; (2) Approving Payment of Real Estate Commission; (3) Approving a Settlement of the Disputed Tax Lien Action with the Merced County Tax Collector Which Provides for a Bankruptcy Code Section 506(c) Surcharge; and (4) Granting Related Relief; Memorandum of Points and Authorities and Declarations of John M. Wolfe and Williams Watts in Support  
12/15/2015 Answer to Complaint Defendant Merced County Treasurer and Tax Collector's Answer to Chapter 7 Trustee's Complaint for: (1) Avoidance of Prepetition Tax Penalties [11 U.S.C. § 724(a)]; (2) Subordination of Prepetition Tax Penalties to All General Unsecured Claims of the Estate [11 U.S.C. § 726(a)(4)]; (3) Disallowance of Postpetition Penalties and Interest [11 U.S.C. § 506(b)]  
11/16/2015 Order Granting Stipulation (1) Setting Aside Defendant's Default; (2) Extending Defendant's Deadline To Answer or Otherwise Respond To The Complaint; and (3) Continuing Status Conference

4/25/15 Insurance: N/A Litigation: N/A Asset/Open Issues: The case was converted from a Chapter 7 proceeding in which the Debtor's filings prepared by Point Center Financial, its managing member, reflected there were no equity holders in the Debtor. Objections were received to the lack of notice of the bankruptcy case to equity holders. The Bankruptcy Trustee of Point Center Financial provided the names and addresses of the Debtor's equity holders and notice has now been provided to them. This case has one asset, unimproved real property located in the County of Merced, in the City of Los Banos, California. The Debtor's Schedules indicates the property consists of 388+/- acres of land originally intended for an over 400 single family residential development with an 18 hole golf course and clubhouse and approximately 9 acres of commercial and mixed use structures. The Debtor indicates in its Schedules that approximately 40% of the infrastructure was built (roads, gutters, cart paths, sidewalks, wet and dry utility hook-ups, etc.). The Debtor indicates that a water treatment plant is about 50% complete (set for service of approximately 3,460 single family residences that were to make-up Phase 1 of the development, the Debtor's property, and Phases II and III (properties owned by a separate entity also in bankruptcy). In addition, the Debtor indicated that three pump stations located at various locations are about 80% completed. In its Schedules, the Debtor valued the Property at $3,000,000 and listed one lien in favor of Merced County in the amount $1,213,919.31. Pursuant

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 8:13-BK-11857 TA | **Trustee Name:** (009014) John M. Wolfe |
| **Case Name:** Los Banos Land Investments, LLC | **Date Filed (f) or Converted (c):** 01/29/2014 (c) |
| | **§ 341(a) Meeting Date:** 03/20/2014 |
| **For Period Ending:** 03/14/2018 | **Claims Bar Date:** 06/05/2014 |

to Court order entered on August 5, 2014, the Trustee was authorized to employ the listing team of CBRE, Inc. and Capstone Real Estate Group as his real estate listing broker team ("Broker Team") to assist with effectively listing and marketing the property for sale, as well as negotiating a sale price to prospective buyers to provide a benefit to the Bankruptcy Estate. However, marketing of the property and finding a buyer has been difficult. Despite the description of the improvements to the property listed in the Debtor's Schedules, (i) the property has no water, (ii) the water utility will not issue a will serve letter, (iii) all but five percent of the infrastructure has either been removed, vandalized or does not exist, (iv) most environmental permits have expired, and (v) there is a sixty plus year supply of vacant lots in the area. Discussions with potential buyers have taken place but no viable purchase offers have yet been received.    Tax Issues:  Accountants will need to be employed if the property is sold.         10/03/2014 Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 For an Examination of Rene Eparza, as the Person Most Knowledgeable for the Debtor Herein and for Production of Documents  08/05/2014 Order Granting Application to Employ Of The Listing Team of CBRE, Inc and Capstone Real Estate Group  06/13/2014 Order Granting Chapter 7 Trustees Motion To Compel The Debtor To Appear At The 341(a) Meeting of Creditors  04/25/2014 Order Authorizing The Trustee To Employ Shulman Hodges & Bastian LLP as Special Real Estate Counsel  4/25/14 Insurance: N/A Litigation Status: N/A Asset/Open Issues On its Schedule A, the Debtor listed real property located in Merced County,  California consisting of 388+/- acres of land originally intended for an over 400 single family residential development with an 18 hole golf course and clubhouse and approximately 9 acres of commercial and mixed use structures. The Debtor indicates that approximately 40% of the infrastructure was built (roads, gutters, cart paths, sidewalks, wet and dry utility hook-ups, etc.). A water treatment plant is about 50% complete (set for service approximately 3,460 single family residences that were to make-up Phase 1 of the development, the Debtor's Property, and Phases II and III (properties owned by a separate entity also in bankruptcy). In addition, approximately three pump stations located at various locations are about 80% completed.   In its Schedules, the Debtor valued the Property at $3,000,000 and listed one lien in favor of Merced County in the amount $1,213,919.31. The Trustee may be filing an application to employ a real estate broker to market the property for sale due to the potential equity for the Estate indicated in the Debtor's Schedules. In the event that the Debtor's Schedules are not accurate and the liens encumbering the Property exceed the stated value, the Trustee will need assistance from counsel to investigate a possible sale of the assets whereby a carve-out of funds for the Estate would be generated from lienholder funds. It does not appear that any sale of the Property will be a simple routine matter.   The Trustee will need assistance from counsel in evaluating the lien held by Merced County to determine if any portion of the lien is not properly secured against the Property and/or should be reclassified as a general unsecured claim under the priorities set forth application sections of the Bankruptcy Code. The Trustee may also need assistance with transactional matters related to the sale of the Property as well the analysis of potentially complex or sophisticated purchase offers that will likely be presented due to the nature of Property.   Based on the history of the Debtor's managing member, Point Center Financial, Inc. ("PCF")1, there may be improper activities that need to be investigated to determine if, among other things, there have been transfers of assets that may be avoided by the Trustee  Tax Return: Unknown pending outcome of above.        04/22/2014 Hearing Held (Bk Motion) (RE: related document(s) 71 Amended Application) - OFF CALENDAR. PARTIES HAVE ENTERED INTO A STIPULATED AGREEMENT. ORDER TO BE UPLOADED IN LOU   04/18/2014  Stipulation By United States Trustee (SA) and THE CHAPTER 7 TRUSTEE MODIFYING THE DEBTORS APPLICATION TO EMPLOY SHULMAN HODGES & BASTIAN LLP   03/27/2014  Order Approving Stipulation to Continue the Hearing on Chapter 7 Trustees Amended Application to Employ Shulman Hodges & Bastian LLP   03/18/2014  Objection (related document(s): 76 Amended Application (related document(s): 71 Application to Employ Shulman Hodges & Bastian LLP as General Counsel Chapter 7 Trustees Application for Order Authorizing Employment of Shulman Hodges & Bastian LLP as General Counsel; Declaration of Le filed by Trustee John M Wolfe (TR)) Filed by U.S. Trustee United States Trustee  03/10/2014  Amended Application (related document(s): 71 Application to Employ Shulman Hodges & Bastian LLP as General Counsel Chapter 7 Trustees Application for Order Authorizing Employment of Shulman Hodges & Bastian LLP as General Counsel  03/05/2014  Objection Application to Employ Shulman Hodges & Bastian LLP as General Counsel Chapter 7 Trustees Application for Order Authorizing Employment of Shulman Hodges & Bastian LLP as General Counsel  02/19/2014  Application to Employ Shulman Hodges & Bastian LLP as General Counsel Chapter 7 Trustees Application for Order Authorizing Employment of Shulman Hodges & Bastian LLP as General Counsel  01/29/2014  Order Converting Case to Chapter 7 (BNC-PDF). T

**Current Projected Date Of Final Report (TFR):**   10/11/2017 (Actual)     **Initial Projected Date Of Final Report (TFR):**   12/31/2015

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 8:13-BK-11857 TA  
**Case Name:** Los Banos Land Investments, LLC

**For Period Ending:** 03/14/2018

**Trustee Name:** (009014) John M. Wolfe  
**Date Filed (f) or Converted (c):** 01/29/2014 (c)  
**§ 341(a) Meeting Date:** 03/20/2014  
**Claims Bar Date:** 06/05/2014

03/14/2018  
Date

/s/John M. Wolfe  
John M. Wolfe

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 8:13-BK-11857 TA | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | Los Banos Land Investments, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2259 | Account #: | ******5100 Checking |
| For Period Ending: | 03/14/2018 | Blanket Bond (per case limit): | $4,241,638.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/21/16 | | First American Title Company | Sale of vacant land | | 220,153.86 | | 220,153.86 |
| | {1} | Title | $2,030,000.00 | 1110-000 | | | 220,153.86 |
| | | Brown Stevens Elmore & Sparre | -$40,600.00 | 3510-000 | | | 220,153.86 |
| | | CBRE, Inc. | -$40,600.00 | 3510-000 | | | 220,153.86 |
| | | Capstone Real Estate Group | -$40,600.00 | 3510-000 | | | 220,153.86 |
| | | San Luis Water District | -$26,037.23 | 2820-000 | | | 220,153.86 |
| | | San Luis Water District | Interest to Payoff 03/09/2016 to 04/15/2016 @$2.680000/day - San Luis Water District  -$101.84 | 2820-000 | | | 220,153.86 |
| | | First American Title | -$7,139.00 | 2500-000 | | | 220,153.86 |
| | | Merced County Tax Collector | Court Ordered Reduced Payment -$1,652,768.07 | 4120-000 | | | 220,153.86 |
| | | William J. Watts | .48% secured interest -$2,000.00 | 4110-000 | | | 220,153.86 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.68 | 220,080.18 |
| 05/12/16 | 101 | Shulman Hodges & Bastian LLP | Order On Application For Payment 5/11/16 | | | 115,000.00 | 105,080.18 |
| | | | Order On Application For Payment 5/11/16  $106,374.99 | 3210-000 | | | 105,080.18 |
| | | | $8,625.01 | 3220-000 | | | 105,080.18 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 222.68 | 104,857.50 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.48 | 104,692.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 145.16 | 104,546.86 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 164.96 | 104,381.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.72 | 104,232.18 |

Page Subtotals:    $220,153.86    $115,921.68

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:13-BK-11857 TA | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | Los Banos Land Investments, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2259 | Account #: | ******5100 Checking |
| For Period Ending: | 03/14/2018 | Blanket Bond (per case limit): | $4,241,638.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 144.52 | 104,087.66 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.27 | 103,928.39 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.07 | 103,779.32 |
| 01/24/17 | 102 | INTERNATIONAL SURETIES | Bond #016030857 Voided on 02/15/2017 | 2300-000 | | 50.11 | 103,729.21 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.19 | 103,570.02 |
| 02/15/17 | 102 | INTERNATIONAL SURETIES | Bond #016030857 Voided: check issued on 01/24/2017 | 2300-000 | | -50.11 | 103,620.13 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 139.10 | 103,481.03 |
| 03/13/17 | 103 | INTERNATIONAL SURETIES | Bond #016030867 | 2300-000 | | 70.42 | 103,410.61 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 153.76 | 103,256.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 138.61 | 103,118.24 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 163.15 | 102,955.09 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 148.08 | 102,807.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.94 | 102,664.07 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.44 | 102,501.63 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.51 | 102,359.12 |
| 01/01/18 | 104 | UNITED STATES BANKRUPTCY COURT | Allowed Per Court Order 12/29/17 | 2700-000 | | 350.00 | 102,009.12 |
| 01/01/18 | 105 | Franchise Tax Board | Allowed Per Court Order 12/29/17 | 2990-000 | | 20,000.00 | 82,009.12 |
| 01/01/18 | 106 | Office of the U.S. Trustee | Allowed Per Court Order 12/29/17 | 2990-000 | | 325.00 | 81,684.12 |
| 01/01/18 | 107 | SHULMAN HODGES & BASTIAN LLP | Allowed Per Court Order 12/29/17 | 3220-000 | | 726.02 | 80,958.10 |
| 01/01/18 | 108 | John M. Wolfe | Allowed Per Court Order 12/29/17 | 2100-000 | | 64,234.18 | 16,723.92 |
| 01/01/18 | 109 | SHULMAN HODGES & BASTIAN LLP | Allowed Per Court Order 12/29/17 | 3210-000 | | 16,723.92 | 0.00 |

Page Subtotals:    $0.00    $104,232.18

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 8:13-BK-11857 TA | Trustee Name: | John M. Wolfe (009014) |
|---|---|---|---|
| Case Name: | Los Banos Land Investments, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2259 | Account #: | ******5100 Checking |
| For Period Ending: | 03/14/2018 | Blanket Bond (per case limit): | $4,241,638.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 220,153.86 | 220,153.86 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 220,153.86 | 220,153.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$220,153.86** | **$220,153.86** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 8:13-BK-11857 TA | **Trustee Name:** | John M. Wolfe (009014) |
| **Case Name:** | Los Banos Land Investments, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2259 | **Account #:** | ******5100 Checking |
| **For Period Ending:** | 03/14/2018 | **Blanket Bond (per case limit):** | $4,241,638.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $220,153.86 |
| Plus Gross Adjustments: | -$220,153.86 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5100 Checking | $220,153.86 | $220,153.86 | $0.00 |
| | **$220,153.86** | **$220,153.86** | **$0.00** |

| | |
|---|---|
| 03/14/2018 | /s/John M. Wolfe |
| Date | John M. Wolfe |

UST Form 101-7-TDR (10 /1/2010)